IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-00046-N |
| TAMMY WALDEN THOMAS | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney for the Northern District of Texas, respectfully moves this Court to unseal the Indictment in the above-styled case as **Tammy Walden Thomas**, the defendant in the above-captioned matter, has been arrested.

Dated this 9th of February 2021.

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

/s/ Fabio Leonardi

FABIO LEONARDI
Assistant United States Attorney
New York Bar No. 4902938
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  214-659-8600
Facsimile:   214-659-8809
Email: fabio.leonardi@usdoj.gov